# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN W. ALLISON AND DEBORAH ALLISON ,**     Plaintiffs,   v.   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**     Defendant. | CIVIL ACTION   NO. 17-2742 |

## ORDER

**AND NOW**, upon consideration of Defendant, State Farm Mutual Automobile Insurance Company's, Notice of Removal (ECF No. 1) and Plaintiffs' Response in Opposition thereto (ECF No. 5), it is **HEREBY ORDERED** that the Motion is **DENIED**.

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**